UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF GEORGIA
ATLANTA DIVISION

**DANNY HAWK, on behalf of himself and those similarly situated,**

    **Plaintiffs,**

                              CASE NO.: 1:16-CV-01529-ELR

**vs.**

**J.R.K. TRUCKING, INC., a Domestic Profit Corporation, and NIZAM KHAN, Individually,**

    **Defendants.**            /

## NOTICE OF SETTLEMENT

Plaintiffs, DANNY HAWK, on behalf of himself and those similarly situated, by and through the undersigned counsel, hereby give notice that the Parties have agreed to settle this matter in its entirety. The Parties will file the appropriate pleadings for dismissal within fourteen (14) days.

Dated this 7th day of September, 2016.

Respectfully submitted,

**s/ JUSTIN D. MILLER**
Justin D. Miller, Esquire
Georgia Bar No.: 001307
Carlos Leach, Esquire
Florida Bar No.: 0540021
Pro Hac Vice (pending)
Morgan & Morgan, P.A.
191 Peachtree Street NE,
P.O. Box 57007
Atlanta, GA 30343
Telephone: (404) 965-8811
Facsimile: (404) 965-8812
Email: jmiller@forthepeople.com
Email: cleach@forthepeople.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that I electronically filed **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Northern District of Georgia by using CM/ECF system on this 7th day of September, 2016.

**s/ JUSTIN D. MILLER**
Justin D. Miller, Esquire