UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DANNY HAWK, DONALD PARKS and EUGENE ARNOLD on behalf of themselves and those similarly situated,

      Plaintiffs,

vs.

Case No.: 1:16-CV-01529-ELR

J.R.K. TRUCKING, INC., a Domestic Profit Corporation, and NIZAM KHAN, Individually,

      Defendants.
_____/

## ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT

For good cause shown, IT IS HEREBY ORDERED that the Joint Motion for Approval of Settlement is **GRANTED.**

Dated: September 19th, 2016.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge

1